1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 06 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**SEALED**

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:20-MJ-0029  KJN

12 |              Plaintiff,            SEALING ORDER

13 |       v.                           **UNDER SEAL**

14 | JESUS HERIBERTO BARAJAS,

15 |              Defendant.

16

17                    **SEALING ORDER**

18   Upon Application of the United States of America and good cause having been shown,

19   IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20 SEALED until further order of this Court.

21

22 Dated: Feb 6, 2020                    _____
                                         Hon. Kendall J. Newman
23                                       United States Magistrate Judge

SEALING ORDER                        1