HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JESUS HERIBERTO BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-36-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO ACCEPT ELECTRONIC SIGNATURES UNDER G.O. 616** |
| vs. | |
| JESUS HERIBERTO BARAJAS, | Date:   December 3, 2020 |
| Defendant. | Time:  9:30 A.M. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jesus Heriberto Barajas, that the plea agreement in this matter may be signed by Mr. Barajas via electronic signature.

On April 15, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616"). For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1. The defendant has had an opportunity to consult with counsel regarding the matter;

2. The defendant consents to counsel's signing on the defendant's behalf; and

3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

Defense counsel represents that all three conditions have been met here. Therefore, the parties stipulate as follows, and respectfully request the Court to find that:

1. Mr. Barajas has had an opportunity to consult with undersigned defense counsel regarding this matter;

2. Mr. Barajas consents to undersigned defense counsel signing the plea agreement on his behalf; and

3. In light of the COVID-19 pandemic, obtaining an actual signature from Mr. Barajas, who is currently incarcerated at the Sacramento County Jail, is both impracticable and imprudent, as it would unnecessarily increase the likelihood that the relevant parties and those who come into contact with them will be exposed to COVID-19.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: November 25, 2020            */s/ Christina Sinha*
                                              CHRISTINA SINHA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              JESUS HERIBERTO BARAJAS


Date: November 25, 2020            MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ Adrian Kinsella*
                                              ADRIAN KINSELLA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 30, 2020

Troy L. Nunley
United States District Judge